authority of *Luhman* v. *New York, Westchester & Boston Railway Company* (163 App. Div. 964). Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

William T. McNeilly, Respondent, v. Jane Q. Champlin, Appellant.— Order of the County Court of Westchester county reversed, with ten dollars costs and disbursements, and the motion to strike out and disallow the item of fifteen dollars granted, with ten dollars costs, upon the ground that the amended answer rendered nugatory the notice of trial. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

Torge Nelson, Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

New York Realty Owners, Appellant, v. Bendet Isaacs and William E. Finn, as Executors, etc., of Myer Finn, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

Boniventure Pierce, an Infant, etc., by Nellie Pierce, His Guardian ad Litem, Respondent, v. William C. Willets, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

The People of the State of New York, Respondent, v. Sarah Novick, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred; Burr, J., not voting.

Charlotte Schoneberger, Individually and as Executrix, etc., Respondent, v. James Fey, Appellant.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Wittemann Brothers, Respondent, v. The Wittemann Company, Appellant. (Action No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred; Burr, J., not voting.

Wittemann Brothers, Respondent, v. The Wittemann Company, Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred; Burr, J., not voting.

In the Matter of the Application and Petition of Seth Low and Others, Constituting the Board of Rapid Transit Railroad Commissioners, etc., for the Appointment of Commissioners of Appraisal, etc.— Motion to require acceptance of the notice of appeal dated April 8, 1915, on behalf of the Public Service Commission granted, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Edward M. Murtfeldt, Respondent, v. Leander H. Thorn, Appellant.— Motion for stay pending appeal granted upon condition that appellant perfect his appeal, place the case on the calendar of the first motion day of the May term and be ready for argument when reached. The court thinks that the issue should be tried at the Trial Term appointed for Orange county in May, 1915; that stipulation to that effect be made between the parties, and that the order should so provide. Present —